UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:05CR237-5-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **(5) BROOKS BROWN** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's "Notice of Appeal and Motion for Revocation and Stay of Magistrate Judge's Release Order," filed August 15, 2006. (Document #145) On that same date, the defendant was brought before Magistrate Judge Carl Horn for a bond review hearing. At the conclusion of that hearing, the Magistrate Judge ordered the defendant released.

Pursuant to 18 U.S.C. § 3143(a)(2), this Court will temporarily stay the Magistrate Judge's release order to allow time for district court review.

**IT IS, THEREFORE, ORDERED** that the Government's motion to stay is hereby **GRANTED**, and the defendant shall be **DETAINED** until further order of this Court. <u>If the defendant has already been released, the Court orders the U.S. Marshal's Service to place Defendant back in federal custody pursuant to the instant Order</u>.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: August 15, 2006

Richard L. Voorhees
United States District Judge