UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5: 05-CR-00237 -5

FILED
CHARLOTTE, NC

APR 3 0 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff-Appellee ) | |
| ) | ORDER TO UNSEAL |
| v. ) | PRE-SENTENCE REPORT |
| ) | |
| BROOKS THOMAS LACKEY BROWN, ) | |
| Defendant-Appellant ) | |
| ) | |

NOW COMES the Court, and after a review of Appellant's motion to unseal the pre-sentence report the Court finds the reason given to be compelling.

IT IS THEREFORE ORDERED that the pre-sentence report be unsealed for the benefit of Appelant's counsel.

This the 30th day of ~~May~~ April, 2007.

The Honorable Richard Voorhees
U. S. District Court Judge