UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5: 05-CR-002375-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff-Appellee ) | |
| ) | ORDER TO UNSEAL |
| v. ) | PRE-SENTENCE REPORT |
| ) | |
| BROOKS THOMAS LACKEY BROWN, ) | |
| Defendant-Appellant ) | |
| ) | |

NOW COMES the Court, and after a review of Appellant's motion to unseal the mental evaluation re the Court finds the reason given to be compelling.

IT IS THEREFORE ORDERED that the mental evaluation report be unsealed for the benefit of Appellant's counsel.

This the 21st day of August, 2007.

_____
The Honorable Richard Voorhees
U. S. District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that I mailed this Motion to Unseal the Presentence Report by US Mail with the prope postage thereon and deposited in a proper receptacle maintained by the U. S. Post Office to the follow parties:

The Honorable Richard L. Voorhees
250 Charles R. Jones Federal Building
401 West Trade Street
Charlotte, NC 28202

Jill Westmoreland Rose, Assistant U. S. Attorney
207 U.S. Courthouse
100 Otis Street
Asheville, NC 28801

Robert P. Ferguson
United States Office of Probation
200 West Broad Street
Room 100
Statesville, NC 28677

Kevin Zelot, Assistant United States Attorney
Office of the United States Attorney
Carillion Building
227 West Trade Street
Charlotte, NC 28202

Clerk of Court
United States District Court for WDNC
Statesville Division
200 West Broad Street
Statesville, NC 28677

This the 15th day of August, 2007.

Patrick Ochsenreiter