UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 5:05CR237-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROOKS BROWN, )<br>)<br>Defendant ) | ORDER GRANTING ADMISSION<br>*PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 284) filed April 30, 2009.

For good cause shown, the Motion is hereby **GRANTED**. Attorney Clifford J. Barnard of Colorado is hereby admitted to practice *pro hac vice* in the above-captioned matter.

**SO ORDERED**.

Signed: April 30, 2009

David C. Keesler
United States Magistrate Judge